United States Courts
Southern District of Texas
FILED

*November 13, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CRIMINAL NO.: H-25- |
| § | |
| DARIUS SMITH § | **4:25-cr-607** |
| AND § | |
| EDDIE LEE JOHNSON § | |
| § | |
| Defendants. § | |

## **INDICTMENT**

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

At all times material to this Indictment, Harvest Food Store, is engaged in the business of retail purchase and sales of consumer goods which are shipped in interstate commerce and which affect interstate commerce.

### COUNT ONE

Title 18, United States Code, §§ 1951(a) and 2-Aiding and Abetting Interference with Commerce by Robbery

On or about September 3, 2025, in the Houston Division of the Southern District of Texas,

DARIUS SMITH
AND
EDDIE LEE JOHNSON

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are

defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did take and obtain the property of HARVEST FOOD STORE, located at 4626 Yale St, Houston, Texas, which was in the possession and custody of an employee of HARVEST FOOD STORE, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, § 1951(a) and 2.

## COUNT TWO

### Title 18, United States Code, §§ 924(c)(1)(A)(iii) and 2 - Discharging of a Firearm During and in Relation to a Crime of Violence

On or about September 3, 2025, in the Houston Division of the Southern District of Texas,

**DARIUS SMITH
AND
EDDIE LEE JOHNSON,**

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly discharge a firearm, namely, a handgun, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(iii) and 2.

A TRUE BILL:                              Original Signature on File

_____
FOREMAN OF THE GRAND JURY

NICHOLAS J. GANJEI
United States Attorney

BY:  _/s/ Jill J. Stotts_____
Jill Jenkins Stotts
Assistant United States Attorney